ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  JOHN N. PARMLEY
   Assistant U.S. Attorney
3  California State Bar No. 178885
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6198

6  Attorneys for Plaintiff
   United States of America

7
                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA         )   Magistrate Case No. 08MJ1756
                                    )
10          Plaintiff,               )
                                    )   GOVERNMENT'S MOTION AND
11     v.                            )   ORDER TO UNSEAL COMPLAINT
                                    )   AND ARREST WARRANT
12 JOSE ALBERTO MARQUEZ,             )
       aka Bat,                     )
13 JULIA MORONES,                    )
   MARIA MADRIAGA,                   )
14     aka Kika,                    )
                                    )
15          Defendants.              )
   _____)
16

17         COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18 Karen P. Hewitt, United States Attorney, and John N. Parmley, Assistant United States Attorney, and

19 hereby moves this Court for an order unsealing the Complaint, affidavit in support of Complaint, and

20 Arrest Warrant previously filed in the above-referenced matter on June 4, 2008.

21         DATED: June 5, 2008.

22                                              Respectfully submitted,

23                                              KAREN P. HEWITT
                                                United States Attorney
24
                                                JOHN N. PARMLEY
25                                              Assistant U.S. Attorney

26                              O R D E R

27
        IT IS SO ORDERED.
28      DATED: June 5, 2008

                                            UNITED STATES MAGISTRATE JUDGE